UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

213 W. LAFAYETTE

DETROIT, MICHIGAN        48021

CHRISTINE TIMMON

MACOMB COUNTY DELEGATE

22021 DONALD AVENUE

EASTPOINTE, MICHIGAN

586.675.4573---timmonchristine@gmail.com

     PLAINTIFF,

Case:2:21-cv-10378
Judge: Friedman, Bernard A.
MJ: Patti, Anthony P.
Filed: 02-08-2021 At 11:16 AM
CMP TIMMON V. BIDEN (DA)

JOSEPH ROBINETTE BIDEN, JR.

PRESIDENT, UNITED STATES OF AMERICA

1600 PENNSYLVANIA AVENUE

WASHINGTON, D. C.        20515

     DEFENDANT

## MOTION FOR FEDERAL INJUNCTION ON PRESIDENT BIDEN'S PATH TO CITIZENSHIP EXECUTIVE ORDERS

### RE: INJUNCTION FOR DEFENDANT TO CEASE AND DESIST PERMANENTLY AND FOREVER ALL FEDERAL IMMIGRATION LAWS INCLUDING EXECUTIVE ORDERS FOR A FEDERAL PATH TO CITIZENSHIP

Now comes Plaintiff, Christine Timmon, Macomb County Delegate, in Pro Se, as a public servant, with this Motion to legally and constitutionally require President Joseph Robinette Biden Jr., to refrain from all federal immigration orders, including his "path to citizenship" that he recently announced he will institute so that millions of illegals will have access to America entitlements and voting.

The legal and constitutional reasons are based on the fact that the constitution itself makes no laws for federal immigration, therefore, immigration is out of the jurisdiction of the federal officials including Presidents and Congress as was ruled in June of 2020 or thereabouts by the United States Supreme Court in the Trump vs. California sanctuary State case.

The California Attorney General Xavier Becerra pleaded the 10th Amendment that says "anything

not delegated to the United States in the Constitution is reserved for each States respectfully or to the people." The Supreme Court ruled in favor of the State of California that there has never been anything in constitutional laws that allows the federal government any authority or rights in immigration. The Court granted Becerra's claims to States Rights for California.

Article I, Section 9, clearly says, that migration and importation of persons is for the States and Amendment 14 is for due process for those who are not United States citizens who have the privileges and immunity to enter any State of the United States. Those who are not citizens must go through the due process of each Sovereign State. Amendment 11 prohibits "citizens and subjects of foreign States" from being heard or docketed in federal courts. Justice John Roberts told President Donald Trump, that "foreign Nationals and immigrants have no due process in federal courts". The constitution puts legal cases for immigrants in State Courts until they become Naturalized under Article I, Section 8, clause 4.

There has been a super plethora of decisions for immigrants in federal courts under the Illegitimate immigration laws of Congress such as the *Hart-Cuellar Act of 1965 known as the United States Immigration and Naturalization Act of 1965.* Nothing wrote in that Act is justified by laws of the United States Constitution. That Act has been "giving aid and comfort to enemies of the United States" which is violate of Article III, Section 3, Amendment 14, Section 3, the Oath of Office clause that says it is "rebellion and insurrection and giving aid and comfort to enemies", and Amendment 14, Section 4, that says "the debts of the United States shall not be questioned when used to pay for pensions and bounties for rebellion. Therefore, the Constitutional Bounty should be placed on Defendant if he carries out any executive orders on immigration.

Defendant is prohibited from usurping the powers of Sovereign States from selecting their immigrants by the citizens of their States and imports for work by the States for the businesses that want State Visas for workers. Amendment 10 allows States to prohibit unconstitutional immigration by the federal government or by illegals. Federal immigration is an invasion of the States. Article I, Section 8, clause 15 says Congress must call forth the Militias to repel insurrection and invasion. Thus, illegals are engaging in insurrection and rebellion against the United States of America and must be stopped by the Militia including licensed State Militias under constitutional laws.

-2-

In closing, it is incumbent upon this honorable court to let this injunction against President Joseph Robinette be instituted in the name of National Security. This is not a precedent case. Exhibits show the United States Supreme Court ruled against President Barak Obama's Executive Orders of 2014 to immigrate five million Syrians.

In June 0f 2020, or thereabouts, the United States Supreme Court ruled for the State of California that the federal government never had written authority or rights to bring immigrants. The California Attorney General pleaded the 10th Amendment that says "anything not delegated to the United States in the Constitution or prohibited by the State is reserved to the States and the people."

Defendant Biden, is in violation of his Oath of Office that he swore to uphold only the constitutional laws of the United States of America. Failure to do so would amount to swearing a false oath which is perjury and is rebellion and insurrection as well as giving aid and comfort to the enemy since Biden's executive orders concerns giving illegals citizenship status in the United States as stated by Amendment 14, Section 3. Since Defendant's executive orders involves risking National Security, the 14th Amendment, Section 4 clause should be applied that says "the debt of the United States cannot be questioned when used to pay for pensions and Bounties fir rebellion."

Christine Timmon, Plaintiff/Petitioner, Macomb County Delegate, In Pro Se, prays that this Honorable Court will institute this injunction for National Security reasons until there is a ruling from The United States Supreme Court on the status of federal officials including Presidents and Congress having constitutionally delegated rights to engage in immigration legislation delegated to the State. Respectfully,

Christine Timmon_____

February 6, 2021

Macomb County Delegate

Pro Se Litigant

-3-

# Immigration decision could spur state action

# COURT DERAILS OBAMA ON IMMIGRATION

## 4-4 vote means more than 4 million parents could face threat of deportation

**Richard Wolf**
@richardjwolf
USA TODAY

**WASHINGTON** The Supreme Court dealt a likely fatal blow Thursday to President Obama's effort to protect millions of undocumented immigrants, from deportation and allow them to seek work permits, deadlocking 4-4 over a plan that had divided the nation as well as the justices.

The tie vote leaves intact a preliminary injunction that stopped the program in its tracks more than a year ago after Texas and 25 other states claimed Obama lacked the authority to circumvent Congress. Though the case will return to Texas for further review, it's unlikely the lower federal courts that blocked the program will reverse themselves.

In practical terms, the 4-4 vote dooms for the remainder of Obama's presidency his goal of providing help to more than 4 million undocumented parents whose children already have such protection. The justices probably

> It was a sudden, crushing defeat for millions of parents who came to the country illegally and have lived in the shadows, often for decades.

> STORY CONTINUES ON 5A

had hoped that at least one of the more conservative justices — possibly Chief Justice John Roberts — would rule that the plan posed no financial threat to the states, therefore could not be challenged in court.

"Today's decision is frustrating to those who seek to grow our economy and bring a rationality to our immigration system and to allow people to come out of the shadows and lift this perpetual cloud on them," Obama said.

Texas Attorney General Ken Paxton said the ruling shows that "even a president cannot unilaterally change the law."

### CONTINUED FROM 1A

Like three other tie rulings since Justice Antonin Scalia's death in February left the court with only eight justices, the one-sentence opinion simply announced that the court was "equally divided" and unable to muster a majority for either side.

That's all opponents needed to block the program, which would have offered qualifying parents of children who were born in the USA or are legal residents the right to remain in the country for three years and apply for work authorization. The president, who had two lower-court strikes against him, needed an elusive fifth vote.

"Justice has been delayed, and justice denied is justice denied," said Marielena Hincapié, executive director of the National Immigration Law Center.



SAUL LOEB, AFP/GETTY IMAGES

**Today's decision is ustrating to those ho seek to grow our conomy and bring a tionality to our mmigration system."**

sident Obama

The Obama administration ld ask the high court to rehear case when it gets back to full ngth — a long shot at best. It ld request that the injunction cking the program be limited he three states overseen by U.S. Court of Appeals for the Circuit: Texas, Louisiana and ississippi.

n the other hand, the deci- could embolden conserva- governors and legislatures to nt more court challenges to al immigration actions.

The ruling will have political repercussions this fall. Cristina Jimenez, director of the immigrant rights group United We Dream, called for political action "because a new president could either protect and build on these programs or take them away."

Democratic presidential candidate Hillary Clinton said the tie vote does not prove the plan is outside the president's legal authority. She lamented that it throws millions of families "into a state of uncertainty."

Her Republican opponent, Donald Trump, said the decision "blocked one of the most unconstitutional actions ever undertaken by a president ... giving work permits and entitlement benefits to people illegally in the country."

The immigration battle was waged on two fronts before the court: The administration fought with the states as well as with the House of Representatives, which blocked the president's effort to confer legal status to some of the nation's more than 11 million illegal immigrants.

Obama announced the "Deferred Action for Parents of Americans and Lawful Permanent Residents," or DAPA, program in November 2014. It would extend protections to more than 4 million parents who meet the criteria, just as a 2012 program did for immigrants brought to the USA as children. More than 700,000 have qualified for that earlier program, which would be extended.

Once qualified, parents could apply for work authorization, pay taxes and receive some government benefits, such as Social Security. Those with criminal backgrounds or who have arrived since 2010 would not qualify.

Texas challenged Obama's authority to implement the policy by executive action, rather than going through Congress. Federal district court Judge Andrew Hanen upheld the challenge in February 2015 and blocked the program from being implemented nationwide. The U.S. Court of Appeals for the 5th Circuit upheld that ruling last November in a 2-1 decision.

split along ideological lines — though the vote was not revealed, the ruling carries no national precedent.

It was a sudden, crushing defeat for millions of parents who came to the country illegally and have lived in the shadows, often for decades. The administration

## Use of race OK'd at school

Justice Anthony Kennedy votes with liberal justices to uphold affirmative action at University of Texas.

IN NEWS



GETTY IMAGE

May 7, 2020

United States Supreme Court
1 First Street N.E.
Washington, DC  20543

Re:  <u>Reminder that no constitutional clause give the federal government
       immigration powers</u>

To the Honorable Supreme Court Justices:
Justice John Roberts Preciding Chief Justice

Thank you for receiving my letters in the past.  Today, my letter is concerning the
fact that the Constitution gives immigration powers to the State.  Under Article 1
Section 9 a total of 63 words, the first clause, states that migration and
importation of persons is what the states think proper.  Clause 2 states Congress
could not prohibit it prior to 1808, the 3rd clause says State may have to pay
taxes for each imported person.  There is no written delegation of immigration
powers to Congress.  Ammendment number 10 guarantees that each state shall
reserve power or anything not written or delegated to the United States.  Such
power are reserved for the State.

As you go into your issue on immigration, please remember that federal
immigration laws are unconstitutional and violates the supremacy clause article
6, and the oath of office clause, Ammendment XIV, Section 3 were each elected
official swear to uphold only constitutional laws, and the DUE PROCESS LAWS
of Amendment XIV, Section 1, Clause 3 are violated because that clause
demands that the States give Due Process to everyone in its jurisdition.
Therefore, the States are responsibile for all due process for non-citizens until
they become constitutionally naturalized.  Congress and Presidents have no
written or delegated power or authority to bring immigrants under the
Constitution.  Congress and Presidents have been using international
immigration laws of the United Nations.  Article 33 of the UN Convention which is
basically treason because the UN international immigration overrides the
supremacy clause. In all of the above named edicts of the United States
Constitution.

Respectfully,

*Christine Timmon*

Christine Timmon
Candidate, District 18 Michigan House of Representative
National Community Activist

June 27, 2020

United States Supreme Court
1 First Avenue NW
Washington, DC 20543
Chief Justice John Roberts Presiding

RE:  SUPREME COURT DECISION PAVES WAY FOR EXECUTIVE ORDERS
TO END FEDERAL IMMIGRATION AND FEDERAL IMMIGRANT ENTITLEMENT

Dear Justice Roberts, etal:

Those who disagree with your decision on LBGT and DACA are wrong.  They the LBGT, persons, are protected by Amendment IX and XIV.  Amendment  IX says "nothing is written to disparage or deny any of certain rights of the people in the Constitution".  In other words, people are free to do what they choose even if someone else disapproves, so long as that right does not encroach on the rights of others.  Amendment XIV gives equal protection and due process to each citizen.

DACA is a moot point because the supreme court decision on sanctuary rights for States obliterated the DACA decision.  California Attorney General Xavier Becerra uses Amendment X in his briefs that says "anything not written in the Constitution for the United States reserved for the State", therefore, California does not have to follow federal immigration laws.  The supreme court agreed with California Attorney General Becerra that there are no federal laws on immigration for the federal government written in the Constitution.

*Catch 22:  That decision opened the door to end all federal laws including DACA that President Barack Obama had no constitutional authority to institute.  California Attorney General Becerra stated the fact that there is nothing written in the United States Constitution or federal involvement with immigration.  Attorney General Becerra received a favorable decision on that fact in the supreme court.*

That Supreme Court decision will support a presidential executive order to end all federal laws that granted citizenship that was done under federal law instead of constitutional immigration laws under Article I, Section 9 and Amendment XIV, Section 1, Clause 1 and Clause 3, all the way back to the Cuban Boat LIFT in the late 1950's and federal immigration laws in the Hart-Cellar Act of 1965 known as the Immigration and Naturalization Act of 1965 and to all federal immigration laws of today.

An executive order against federal involvement with immigrants was proved by California Attorney General Becerra who got the Supreme Court to give him a favorable decision that the federal government has no authority written in the constitution to deal with immigrants.  This includes welfare, food stamps, housing, health care, child care, student loans, DACA or any federal law service to immigrants.  Article I, Section 9, Article I, Section 8, Amendment X and Amendment XIV and Amendment XI, puts immigrants under state due process. Thank you for your wise decision that ends all federal law immigration policies.

Respectfully,

Christine Timmon
Constitutional Activist

Cc:  President Donald J. Trump

CT/tc

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### 213 W. LAFAYETTE
### DETROIT, MICHIGAN          48226

### PROOF OF SERVICE

I, Christine Timmon, Petitioner, do certify that I mailed, by regular mail, the original of this

document, to the clerk of the United States District Court at 213 W. Lafayette, Detroit, Michigan,

48826. This request is also to ask that the Court serve this document on the Respondent, Joseph

Robinette Biden, President of the United States of America. I will mail a copy if the court indicates that

is my obligation on this 8th day of February, 2012.

Christine Timmon _Christine Timmon_
February 8, 2021



Christine Timmon
22021 Donald Ave
Eastpointe, MI 48021-2436

U.S. POSTAGE PAID
EOM 13 90V
EASTPOINTE, MI
48021
FEB 06, 21
AMOUNT
**$1.40**
R2304M112010-04

1000      48226

U.S. MARSHALS

RECEIVED
FEB 27 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

RETURN TO SENDER
UNABLE TO FORWARD